Tom J. Ferber (tferber@pryorcashman.com)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| ARROW PRODUCTIONS, LTD. | : |
| Plaintiff, | : **No.: 13 CV 5488 (TPG)** |
| - against - | : **NOTICE OF MOTION** |
| THE WEINSTEIN COMPANY, ET AL., | : |
| Defendants. | : |

------------------------------------------------------------- x

  PLEASE TAKE NOTICE that upon the Complaint dated and filed as of August 6, 2013; the Answer dated and filed as of September 17, 2013; the accompanying Memorandum of Law, dated October 14, 2013; and all prior proceedings had herein, the undersigned will move this Court, before the Honorable Thomas P. Griesa, in Room 26B at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be directed by the Court, for an Order granting to all defendants judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), for an award of attorneys' fees and costs pursuant to 17 U.S.C. §505, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 15, 2013

                                       PRYOR CASHMAN LLP

                                       By: _____/s/_____
                                       Tom J. Ferber (tferber@pryorcashman.com)
                                       7 Times Square
                                       New York, New York  10036-6569
                                       (212) 421-4100
                                       *Attorneys for Defendants*

TO:    Evan Mandel, Esq.
         Mandel Bhandari LLP
         11 Broadway, Suite 615
         New York, New York 10004
         (212) 269-5600