USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Arrow Productions, LTD.,

                Plaintiff,

-against-

The Weinstein Company LLC, et al.,
                Defendant.
------------------------------------------------------------X

13 **CIVIL** 5488 (TPG)

**JUDGMENT**

Before the Court is a motion for judgment on the pleadings made by defendants the Weinstein Company, LLC, et al., against plaintiff Arrow Productions, and the said motion having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court thereafter, on August 25, 2014 having rendered its Opinion entering judgment for defendants, dismissing plaintiff's complaint in its entirety, and declining to award attorneys' fees to defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion dated August 25, 2014, judgment is hereby entered for defendants'; plaintiff's complaint is dismissed in its entirety, and the Court declines to award attorneys' fees to defendants

**Dated:** New York, New York
         August 26, 2014

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                            **BY:**
                                                    **Deputy Clerk**

                                          **THIS DOCUMENT WAS ENTERED**
                                          **ON THE DOCKET ON** _____